# Steven Cohn, P.C.
COUNSELLOR AT LAW
One Old Country Road - Suite 420
Carle Place, New York 11514

STEVEN COHN

_____

SUSAN E. DANTZIG
MITCHELL R. GOLDKLANG
ALAN S. ZIGMAN
JEFFREY H. WEINBERGER
RICHARD C. GOLDBERG
MICHAEL VENDITTO
PETER CHATZINOFF

TEL. (516) 294-6410
FAX  (516) 294-0094

February 13, 2015

United States District Court
Eastern District of New York
*Attn: Judge Denis R. Hurley*
100 Federal Plaza
Central Islip, New York 11722

    RE:    <u>JORGE BARRIENTOS v. SWEET STABLES, INC. and LOUIS PRIVITERA</u>
             Civil Case No.:  CV-7356-14

Dear Judge Hurley:

Our office represents defendants Sweet Hills Stables, Inc. and Louise Privitera with regard to the above referenced matter.

This letter is to request an extension of time to Answer the Complaint filed by plaintiff Jorge Barrtientos filed on December 18, 2014, on consent of counsel for the plaintiff Amit Kumar, to March 13, 2015.  A proposed So Ordered Stipulation has been ECF'd and attached to this correspondence.

The original due date for said Answer was January 18, 2015 and there have been no requests for an extension prior to this request.  There have also been no other dates previously scheduled for conferences with the Court, or any applicable discovery schedules issued by this Court.

Thank you for your courtesies.

                                                      Respectfully Submitted,

                                                      Steven Cohn

SC/kt
Encl.