```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JORGE BARRIENTOS,

                    Plaintiff,                    **ORDER**
     -against-                                    14-CV-7356 (SIL)

SWEET HILLS STABLES, INC. and LOUISE
PRIVITERA,

                    Defendants.
----------------------------------------------------------------X
```

**LOCKE, Magistrate Judge:**

On November 30, 2015, the parties submitted a joint letter seeking approval of a settlement agreement in this Fair Labor Standards Act ("FLSA") action. *See* Docket Entry ("DE") [19]. Although the parties described the agreement in general terms, they did not file a copy on the Court's public ECF docket. *Id.* Accordingly, in light of the Second Circuit's holding in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court instructed the parties to file a copy of the proposed settlement agreement on the Court's public docket. On February 17, 2016, the parties submitted a Settlement and Release Agreement as well as an Addendum thereto (together, the "Settlement Agreement"). *See* DE [20]. Having reviewed the parties' joint submission in support and the Settlement Agreement itself, the Court finds that the Settlement Agreement's terms are fair and reasonable. *See Cheeks*, 796 F.3d at 206; *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement agreement to determine that it is fair and reasonable). Therefore, the Settlement Agreement is approved and this case is hereby closed.

1

Dated: Central Islip, New York  **SO ORDERED.**
February 22, 2016

s/ Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge